

W ____ S ____ NP ____

SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 15 AM 11: 40

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR 376 |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| FREDDYRAE PEARSON, | ) | 21 U.S.C. § 841(a)(1) |
| LEONA COLE, | ) | 21 U.S.C. § 841(b)(1) |
| CHARLES COGMAN, | ) | |
| CHRISTINA ZAVODNY, | ) | |
| NICHOLE BITTNER, | ) | |
| | ) | |
| Defendants. | ) | |

The Grand Jury charges:

## COUNT I

From on or about October, 2005, to November, 2006, in the District of Nebraska, the Defendants, FREDDYRAE PEARSON, LEONA COLE, CHARLES COGMAN, CHRISTINA ZAVODNY, and NICHOLE BITTNER, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 30, 2006, in the District of Nebraska, the Defendant, FREDDYRAE PEARSON, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

### COUNT III

On or about February 28, 2006, in the District of Nebraska, the Defendants, FREDDYRAE PEARSON and LEONA COLE, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

### COUNT IV

On or about March 16, 2006, in the District of Nebraska, the Defendant, CHARLES COGMAN, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

### COUNT V

On or about March 29, 2006, in the District of Nebraska, the Defendants, CHARLES COGMAN and NICHOLE BITTNER, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

### COUNT VI

On or about April 5, 2006, in the District of Nebraska, the Defendant, FREDDYRAE PEARSON, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

## COUNT VII

On or about April 10, 2006, in the District of Nebraska, the Defendant, LEONA COLE, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

## COUNT VIII

On or about May 24, 2006, in the District of Nebraska, the Defendant, CHRISTINE ZAVODNY, did knowingly and intentionally distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

_____
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney