IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR376 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| LEONA COLE, | ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal [86] requesting that her Motion for Reconsideration for Pretrial Release [87] be placed under seal. The Court, being fully advised in the premises, finds that said Motion [86] should be granted.

IT IS THEREFORE ORDERED that the Motion for Reconsideration for Pretrial Release [87] shall be placed under seal.

DATED April 2, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge