IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR376** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LEONA COLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to file a successive § 2255 motion (Filing No. 211) and motion for copies (Filing No. 212).

### *Successive § 2255 Motion*

A successive § 2255 motion may only be filed if it has been certified by a panel of the Eighth Circuit Court of Appeals, and a certification only may be issued in the following rare circumstances:

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255(h).

The motion is not properly before this Court and must be presented to the Eighth Circuit Court of Appeals under 28 U.S.C. § 2244.  28 U.S.C. § 2255(h).  Therefore, the Defendant's motion for a transcript is denied.

### *Copies*

The Defendant apparently also requests certain court documents, including the sentencing transcript that has not been prepared.  No § 2255 motion is pending before this

Court, and therefore the Court may not consider providing court documents to the Defendant without cost.  28 U.S.C. § 2250.

## CONCLUSION

The Defendant's motions are denied, and the Defendant is advised that no further relief is available in this Court.

IT IS ORDERED:

1. The Defendant's motion for leave to file a successive § 2255 motion (Filing No. 211) is denied; and

2. The Defendant's motion for copies (Filing No. 212) is denied.

DATED this 30th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2